IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:01CR163 |
| V. | ) | |
| ROBERT E. WATKINS, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for reconsideration (filing 316) is denied.

DATED this 12th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge